Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCTI P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,

Plaintiff,

v.

COURSERA, INC.,

Defendant.

Case No. 3:21-cv-03116

JURY TRIAL DEMANDED

## Complaint

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against Coursera, Inc. ("Coursera") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1. Plaintiff is a Texas limited liability company with an office at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2. On information and belief, Defendant is a Delaware corporation, with a place of business at 381 East Evelyn Ave., Mountain View, CA 94041. On information and belief, Defendant may be served through its agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7. Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## BACKGROUND

8. On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9. Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10. Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11. The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

**COUNT ONE**

**(Infringement of United States Patent No. 8,856,221)**

12. Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13. This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14. Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15. The '221 Patent teaches a method and apparatus for media content storage and delivery. '221 Patent, Abstract. Among other things, the claimed system includes a server, which has a receiver in communication with a processor. *Id*. The receiver receives a request message. *Id*. The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device. *Id*. The processor determines whether the consumer device identifier corresponds to a registered consumer device. *Id*. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. *Id*. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage. *Id*. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device. *Id*.

16. The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged according to the expenses of the provider rather than the usage of the customer. '221 Patent, 1:31-57. Customers were not charged based on the amount

of programming delivered or the amount or duration of the customer's storage of media. *Id*. Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage. *Id*., 2:3-13.

17. A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art. For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34. The processor determines media content characteristics that correspond to the media content to be stored. *Id*. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content. *Id*. As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated. Id. The media content is received and the received media content is stored. *Id*.

18. The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device. A determination is made whether the identifier corresponds to the device. A determination is also made as to whether the request is for delivery or storage. The media data in the request includes time data that indicates a length of time for storage. A processor is configured to determine whether requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

19. The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner. For example, the software is tailored to provide functionality to perform recited steps and the processor is configured

(and/or programmed) to provide functionality recited throughout the claims of the ‘221 Patent.

20. The ‘221 Patent solves problems with the art that are rooted in computer technology and that are associated with electronic transmission, loading, and storage of location information, as well as automatic provisioning of route guidance. The ‘221 Patent claims do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet.

21. The improvements of the ‘221 Patent and the features recited in the claims in the ‘221 Patent provide improvements to conventional hardware and software systems and methods. The improvements render the claimed invention of the ‘221 Patent non-generic in view of conventional components.

22. The improvements of the ‘221 Patent and the features recitations in the claims of the ’221 Patent are not those that would be well-understood, routine or conventional to one of ordinary skill in the art at the time of the invention.

23. Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the ‘221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the ‘221 Patent.

24. Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the Coursera video conferencing platform, any associated hardware, software and apps, as well as any similar products (“Product”), which infringe at least Claim 7 of the ‘221 Patent.

25. The Product practices a method of storing (e.g., cloud storage) media content (e.g., conference recording) and delivering requested media content (streaming video conferencing, recorded videos, chats, texts, etc.) to a consumer device (e.g.,

mobile device with Coursera app or software). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

**Enable students to learn anytime, anywhere**

Students can take Coursera on the go with apps on iOS and Android. Courses can be downloaded for accessible offline viewing

**Multi-language and Mobile**

Provide content in multiple languages —online, offline, and on mobile. Courses can be downloaded for accessible viewing

Source: https://www.coursera.org/campus/
Source: https://www.coursera.org/campus/basic/

World-Class Learning for Anyone, Anywhere

Coursera partners with **more than 200 leading universities and companies** to bring flexible, affordable, job-relevant online learning to individuals and organizations worldwide.

Source: https://about.coursera.org/how-coursera-works/

Discover a course and sign up

Learn on your own schedule

Achieve your goals

Source: https://www.slideshare.net/meltemoksuz91/coursera-34623057

## Watch video lectures

Video lectures on Coursera present the information you'll need to pass assessments and complete assignments.

In most courses, all videos will be available after the course start date. You can watch the videos at your own pace, and you can re-watch a video you've already seen.

Because Coursera videos are pre-recorded, you can watch them on your own schedule. You can watch videos by streaming them online, or you can download videos to watch offline.

Source: https://learner.coursera.help/hc/en-us/articles/209818643-Watch-video-lectures

## Watch videos on Coursera

Once you have access to course materials, you can see the videos for that course in the weekly content outline.

To watch videos:

1. Open the course home page for the course you want to watch videos in.
2. Click **Course Content** on the left side of the page.
3. Select a week to view content for that week.
4. Click on a video title to open the video player. Videos are marked with a play icon.

Source: https://learner.coursera.help/hc/en-us/articles/209818643-Watch-video-lectures

## Download videos on a mobile device

If you're using the Coursera App for Android or iOS, you can download videos in batches. Each week of the course has one batch of videos.

To download a week's worth of videos:

1. In the Coursera App, open the course you want to download videos for.
2. From the course outline, open the week with the videos you want to download.
3. **In the iOS app:** tap the download icon at the top of the screen and choose Download Videos.
4. **In the Android app:** tap **Save for Offline**.

Source: https://learner.coursera.help/hc/en-us/articles/209818683-Download-videos

Source: https://apps.apple.com/app/apple-store/id736535961

26. The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.coursera.org/about/mobile

## Interactive video lectures

Interactive video allows you to **redefine the lecture format**. Your learners can speed up or slow down video playback, re-watch challenging segments, and read subtitles in English and in other languages. As an instructor, you can embed quizzes and other exercises directly into the lecture video, allowing learners to test their understanding on the spot. In past Coursera classes, instructors have used lecture videos to share animations, play external video clips, film interviews with guests, and much more.

Source: https://www.iar.unicamp.br/wp-content/uploads/2015/08/Introduction-to-Coursera-Aug2015.pdf

## Watch video lectures

Video lectures on Coursera present the information you'll need to pass assessments and complete assignments.

In most courses, all videos will be available after the course start date. You can watch the videos at your own pace, and you can re-watch a video you've already seen.

Because Coursera videos are pre-recorded, you can watch them on your own schedule. You can watch videos by streaming them online, or you can download videos to watch offline.

Source: https://learner.coursera.help/hc/en-us/articles/209818643-Watch-video-lectures

## Subscribe to a single course

If a course or Specialization on Coursera requires a subscription, you can't make a one-time payment for that course or Specialization. To get paid access, you'll need to subscribe. You can cancel your subscription at any time.

If you start a subscription to a course that is part of a Specialization, you will be automatically subscribed to the entire Specialization. You will have access to all courses in that Specialization as long as your subscription is active.

Source: https://learner.coursera.help/hc/en-us/articles/216348103-Coursera-subscriptions



World-Class Learning for Anyone, Anywhere

Coursera partners with **more than 200 leading universities and companies** to bring flexible, affordable, job-relevant online learning to individuals and organizations worldwide.

Source: https://about.coursera.org/how-coursera-works/

Source: https://www.coursera.org/?authMode=login

27. The Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

28. The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

media content).

Source: https://www.coursera.org/?authMode=login

Source: https://about.coursera.org/how-coursera-works/

## Subscribe to a single course

If a course or Specialization on Coursera requires a subscription, you can't make a one-time payment for that course or Specialization. To get paid access, you'll need to subscribe. You can cancel your subscription at any time.

If you start a subscription to a course that is part of a Specialization, you will be automatically subscribed to the entire Specialization. You will have access to all courses in that Specialization as long as your subscription is active.

Source: https://learner.coursera.help/hc/en-us/articles/216348103-Coursera-subscriptions

## Watch video lectures

Video lectures on Coursera present the information you'll need to pass assessments and complete assignments.

In most courses, all videos will be available after the course start date. You can watch the videos at your own pace, and you can re-watch a video you've already seen.

Because Coursera videos are pre-recorded, you can watch them on your own schedule. You can watch videos by streaming them online, or you can download videos to watch offline.

Source: https://learner.coursera.help/hc/en-us/articles/209818643-Watch-video-lectures

9. The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store media content is limited to a certain amount of time). If any media content is streamed using a third party platform then it will be automatically stored in that particular platform. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

Source: https://apps.apple.com/app/apple-store/id736535961

**Enable students to learn anytime, anywhere**

Students can take Coursera on the go with apps on iOS and Android. Courses can be downloaded for accessible offline viewing

**Multi-language and Mobile**

Provide content in multiple languages —online, offline, and on mobile. Courses can be downloaded for accessible viewing

Source: https://www.coursera.org/campus/
Source: https://www.coursera.org/campus/basic/

**When you subscribe to a Coursera Specialization:**

- You'll have paid access to all courses in that Specialization. If you want paid access to another course or Specialization not included in your subscription, you'll need to make another payment.
- You'll be charged every month until you earn a Specialization Certificate by completing every course in that Specialization, or you cancel your subscription.
- You'll be able to access all course materials for every course in that Specialization for as long as your subscription is active.
- You can cancel your subscription any time. There are no partial refunds for subscriptions, so you'll need to cancel before your next payment date.
- You'll get a Specialization Certificate when you complete every course in the Specialization you subscribed to.

Source: https://learner.coursera.help/hc/en-us/articles/216348103-Coursera-subscriptions

coursera PLUS

Unlimited access to **3,000+** courses, Guided Projects, Specializations, and Professional Certificates

**Try Coursera Plus** **₹29,119 / year**
14-day money-back guarantee

Source: https://www.coursera.org/courseraplus



coursera PLUS

Get access to unlimited learning

Save money on learning with a Coursera Plus subscription! Get unlimited access to 3,000+ courses, Guided Projects, Specializations, and Professional Certificates for one all-inclusive price.

Source: https://about.coursera.org/how-coursera-works/

Source: https://about.coursera.org/how-coursera-works/

32. The Product must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g., the product must verify that a particular requested data is stored in the cloud). Also, a user can view the history of media content and the processor can identify the existence of that particular media content. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

33. After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., user access restrictions, etc.). Certain aspects of these elements

are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

34. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

35. Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

36. The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

37. A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

38. By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

39. Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

40. As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

41. Plaintiff is in compliance with 35 U.S.C. § 287.

42. As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

**DEMAND FOR JURY TRIAL**

43. Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)   Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 28, 2021                    Respectfully submitted,

                                         /s/ Stephen M. Lobbin

                                         **ATTORNEYS FOR PLAINTIFF**